**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| In re: | § § § § | Chapter 11 |
| JET OILFIELD SERVICES, LLC<br>Debtor | § § § § | Case No. 22-70126-tmd |

**DEBTOR'S MOTION FOR USE OF CASH COLLATERAL**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Jet Oilfield Services, LLC, Debtor herein, and files this Motion for Use of Cash Collateral, and in support thereof would show the following:

1. By this Motion, the Debtor seeks interim and final relief allowing it to use cash collateral in the continuing operation of its business.

**JURISDICTION AND PROCEDURAL BACKGROUND**

2. On October 11, 2022 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas, Midland Division ("Court"), thereby commencing this chapter 11 case ("Case"). Debtor continues in possession of its property and it is operating and managing its business as a debtor in possession pursuant to the provisions of 11 U.S.C. §§ 1107(a) and 1108.

3. No trustee or examiner has been appointed in the Debtor's Chapter 11 Case, nor has a creditors' committee or other official committee been appointed pursuant to 11 U.S.C. § 1102.

22-70126-tmd Doc#4 Filed 10/12/22 Entered 10/12/22 11:13:18 Main Document Pg 2 of 15

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The basis for the relief herein is primarily grounded in 11 U.S.C. §363

**Overview**

6. Jet Oilfield Services, LLC provides services for completions operations in the oil & gas industry. Its employees provide completions operations with the technical expertise to use its patented fracking values in completing their operations in to producing wells. The company has yards located in Texas, Louisiana and New Mexico. It has approximately 75 employees and 12 independent contractors.

7. The Debtor was formed as a Texas limited liability company. Its original registered office was listed as 8511 Ridgelea, Dallas, TX 75209, which is the home of one of its members. In other documents, it has listed addresses in Houston, Shreveport and Longview. The Debtor does not appear to have a central office where records are kept and business is transacted. The Debtor has chosen venue in the Western District of Texas, Midland Division based upon the location of its Midland yard, which it believes to be the principal location of its assets.

8. The Debtor has four members: Brandon Owen, Thomas Smith, Loran Mosely and Brandon Wilkens. Each of the members has executed a Unanimous Consent authorizing the filing. Brandon Owen, who is the 60% member, will be taking a leave of absence immediately upon the filing of the case.

9. The Debtor has engaged Angelo DeCaro as Chief Restructuring Officer, to supervise the Debtor's finances and operations, to investigate the viability of its business and to investigate whether there have been any improprieties with regard to the Debtors' funds.

**Debtor's Finances**

10. The Debtor's tax returns for 2019-2021 are summarized as follows:

| Category | 2019 | 2020 | 2021 |
|---|---|---|---|
| Total Income (Loss) | $0 | $5,563,922 | $17,623,377 |
| Deductions | $2,219,751 | $17,652,324 | $18,067,608 |
| Ordinary Income (Loss) | $(2,219,751) | $(12,088,402) | $(444,231) |

11. The Debtor's Profit & Loss Statement through August 31, 2022 shows Total Income of $34,609,671 and Net Income of $10,078,336. However, the document shows obvious errors which call its accuracy into question. Specifically, its shows that total income of $34,609,671 less cost of goods sold of $12,220 equals gross profit of $27,719,098.

12. Review of the records of the Texas Secretary of State disclose the following filed liens against the Debtor:

| Date of Filing | Lienholder | Amount | Collateral |
|---|---|---|---|
| 12/26/2019 | Business First Bank | | All inventory, accounts, equipment and general intangibles |
| 06/10/2020 | Cantex International, Inc. dba TSI Flow Products | | Specific described equipment |
| 06/08/2020 | Oso Reserves | | Accounts, chattel paper, general intangibles, supporting obligations, inventory, instruments, documents, deposit accounts, financial assets, securities, letter of credit rights and amounts owed to debtor |

Counsel was not able to review records filed in Louisiana or New Mexico.

13. In addition to lenders holding traditional liens, the Debtor entered into agreements with five Merchant Cash Advance lenders as follows:

| Date | Lender | Amount Advanced | Amount "Purchased" |
|---|---|---|---|
| 08/11/2022 | Canon Advance, LLC | $2,000,000 | $2,999,000 |
| 08/12/2022 | Premier Fund US | $2,100,000 | $3,357,000 |
| 08/29/2022 | Reliance Financial | $3,000,000 | $4,512,000 |
| 09/14/2022 | Spin Capital | $3,000,000 | $4,500,000 |
| Unknown | BMF | Unknown | $5,000,000 |

Merchant cash advance transactions have been described as payday loans for businesses. Merchant cash advance lenders engage in the legal fiction that they are purchasing a specified amount of future receivables from the Debtor. However, unlike a factor, no specific receivables are purchased. It is Debtor's contention that these transactions are loans and not purchases of receivables, a conclusion supported by some recent cases. *Fleetwood Services, LLC v. Ram Capital Funding, LLC*, 2022 U.S. Dist. LEXIS 100837 (S.D. N.Y. 2022); *Womack v. Capital Stack, LLC*, 2019 U.S. Dist. LEXIS 148644 (S.D. N.Y. 2019); *Official Committee of Unsecured Creditors v. LG Funding, LLC (In re LG Funding, LLC)*, 2018 Bankr. LEXIS 3562 (Bankr. D. Neb. 2018). None of the five MCA lenders has a Texas UCC-1 on file, although Premier filed one on August 27, 2022 and terminated it on August 31, 2022.

**Reasons for Filing Bankruptcy**

14. The Debtor turned to Merchant Cash Advance loans to deal with a cash shortage in August and September 2022. The causes of the cash shortage have yet to be fully understood. The Debtor was not able to meet the steep requirements of the MCA lenders. The Debtor anticipated that if it had not filed bankruptcy that one or more MCA lenders would have sent notices to its account debtors on October 12, 2022 which would have shut off the Debtor's cash flow.

**NECESSITY FOR REQUESTED RELIEF**

15. Debtor generates Cash Collateral from the operation of its business when it collects revenues from its customers. Debtor must obtain approval for the use of the Cash Collateral. It is critical for Debtor to have access to its cash and other business property to continue to operate in the ordinary course of business and to pay normal operating expenses.

16. Debtor can meet its ongoing post-petition obligations only if it borrows funds post-petition or obtains authority for use of Cash Collateral. It believes the former will decrease the value of its business. Debtor believes the latter is preferable as it has generated multiple projections and believes it is able to cash flow post-petition if it has the funds available from or generated by its pre-petition cash collateral to pay its post-petition expenses. Thus, in order to continue operations as normal and to preserve the value of the estate pending confirmation of a plan of reorganization, Debtor needs immediate authority to use the Cash Collateral.

**ARGUMENTS AND AUTHORITIES IN SUPPORT OF REQUEST
FOR TEMPORARY AND FINAL USE OF CASH COLLATERAL**

17. Debtor requires immediate authority from the Court to use the Cash Collateral in the ordinary course of its business and on an interim basis until there is a final hearing on this Motion.

18. Debtor requests the authority to use cash collateral to operate its business.

19. Under 11 U.S.C. §363(c)(2), the Debtor may not use, sell, or lease the Cash Collateral without the Court's authority or consent. Section 363(e) allows the Court to grant this authority upon the provision of adequate protection to the secured parties.

20. Debtor requires the continued authority to use Cash Collateral beyond the interim period in order to continue its business until a plan of reorganization can be confirmed. Debtor's need to use the Cash Collateral will continue during the pendency of this bankruptcy case.

21. Debtor also requests that this Court schedule a hearing for final approval on the use of Cash Collateral, on notice to creditors and parties in interest, in the event an objection is filed to the terms of the interim order.

22. The immediate and temporary approval for the use of the Cash Collateral is consistent with (i) Bankruptcy Code requirements for maintaining the going concern of a debtor's business operations; (ii) the law under 11 U.S.C. §§ 363 and 361 as to the use of cash collateral and adequate protection; and (iii) facilitating a successful reorganization under chapter 11 of the Bankruptcy Code.

23. The failure to authorize the immediate use of Cash Collateral on which the secured parties hold liens will result in a swift and significant deterioration of Debtor's business. Failure to gain authority to use, sell, or lease such collateral will result in a cessation of Debtor's business activities, which would expose Debtor to additional liability and would leave unsecured creditors with little hope of distribution in this case.

24. The Bankruptcy Code contemplates a debtor's use of collateral during the reorganization of its business. Sections 102(1) and 363 of the Bankruptcy Code provide that collateral may be used upon notice and opportunity for a hearing appropriate in the particular circumstances. Relief may be authorized without an actual hearing if there is insufficient time available and adequate protection has been provided. 11 U.S.C. § 363(e). The combination of Debtor's emergency needs to satisfy pending obligations and current operating needs, together with the provision of adequate protection are sufficient to authorize the interim use of the collateral as set forth herein.

25. Section 361 of the Bankruptcy Code sets forth various types of adequate protection which Debtor may provide:

    a.      making periodic cash payments to the extent that the creditor suffers a decrease in the value of its interest in such property;

    b.      granting replacement liens in collateral to compensate the creditor for any decrease in the value of the creditor's interest in such property; or

    c.      granting other relief as will result in the realization of the indubitable equivalent of the creditor's interest in collateral.

Additionally, the presence of an equity cushion may be sufficient to provide adequate protection.

    26.      Debtor proposes to provide adequate protection to the parties with an interest in cash collateral in the following manner

    a.      The Debtor shall provide all creditors with an interest in cash collateral with a replacement lien upon assets obtained post-petition to the same extent, priority and validity as their pre-petition liens.

    b.      Debtor will maintain insurance upon its assets.

As the Debtor obtains better information about its cash flow and the relative positions of its lenders, it anticipates that it will be able to negotiate more detailed adequate protection arrangements.

    27.      Debtor requests permission to pay its usual and customary operating expenses of the same type and approximate amounts set forth on its budget. The Debtor has attached a projected cash flow as Exhibit A. It should be stressed that this has not been reviewed by the proposed Chief Restructuring Officer and will almost certainly be subject to further review.

    WHEREFORE, Debtor requests that the Court authorize the use, sale, or lease of Cash Collateral on an interim basis and, upon setting and conducting a final hearing, issue a final order authorizing the use, sale, or lease of such cash collateral with the adequate protection to the secured parties as set forth herein; and grant any other and further relief to which Debtor is entitled.

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. Mopac Expy, Suite 400
Midland, Texas 78731
(512) 649-3243
(512) 476-9253 Facsimile

/s/ Stephen Sather
Stephen Sather
State Bar No 17657520
**ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 12, 2022, a true and correct copy of the above and foregoing *Expedited Motion for Cash Collateral* was served upon the parties on the attached Matrix by United States Mail, first class, postage prepaid, or by electronic transmission through the Court's ECF noticing system to those parties-in-interest registered to receive such service.

/s/ Stephen Sather
Stephen Sather

**30 Day Cash Flow**

| | |
|---|---:|
| **Beginning cash balance** | 650,000.00 |
| **Deposits** | 2,340,220.38 |
| Payroll Expense | 387,708.40 |
| Payroll Tax Expense | 161,494.02 |
| Contract Labor | 454,921.00 |
| Health Insurance Expense | 18,792.45 |
| Insurance | 41,752.00 |
| Life Insurance | 1,253.00 |
| FuelExpense | 46,445.00 |
| Rent Expense | 360,405.00 |
| Utilities | 10,563.74 |
| Travel | 23,336.00 |
| Auto Expense | 40,170.00 |
| Shipping & Delivery | 148,905.00 |
| **Miscellaneous** | 117,665.00 |
| **Total** | 1,813,410.61 |
| **Ending cash balance** | 1,176,809.77 |

```
Label Matrix for local noticing        JET OILFIELD SERVICES, LLC            U.S. BANKRUPTCY COURT
0542-7                                  16890 N. Pecan                        903 San Jacinto Blvd, Suite 322
Case 22-70126-tmd                       Midland, TX 79707                     Austin, TX 78701-2450
Western District of Texas
Midland
Wed Oct 12 09:34:08 CDT 2022

ADS SERVICES                            AFCO                                  AFS Energy Services
1072 W CR 77                            5600 N. River Road, Suite 400         P.O.BOx 1346
Midland, TX 79707                       Des Plaines, IL 60018-5187            Artesia, NM 88211-1346


AT&T                                    AWC Frac Valves                       Angel Safety Supply
P.O.BOX 5014                            Attn: Clay Wiederhold                 204 Dixie St
carol stream, IL 60197-5014             P.O. # 1773                           Minden, LA 71055-3419
                                        Vonroe, TX 77305-1773


ArcBest                                 Axle Logistics                        B&D Flowback
P.O. BOX 19087                          835 N. Central Street                 P.O. Box 279
Shreveport, LA 71149-0087               Knoxville, TN 37917-7122              Raceland, LA 70394-0279


B&J Wholesale _Republic                 BES Properties, LLC                   BES Properties, LLC
11997 FM 529                            P.O. Box 158                          P.O. Box 5182
Houston, TX 77041-3011                  Carlsbad, NM 88221-0158               Carlsbad, NM 88221-5182


BMF                                     Baker Machine of LA, LLC              Bearing Service & Supply
1820 Avenue M Suite 125                 4019 Hilry Huckaby III Ave            1327 N Market
Brooklyn, NY 11230-5347                 Shreveport, LA 71107-7722             Shreveport, LA 71107-6523


Bestway Oilfield                        Bob Davis Sales (BDS)                 Brothers Complete Services
16030 Market Street                     214 East Danville St.                 2245 Cedar Hill Rd
Channelview, TX 77530-4512              Kilgore, TX 75662-2514                Keithville, LA 71047-9599


Business First Bank                     C&W International Fabricators         CATROY Services
11307 Coursey Blvd.                     5855 Cunningham Rd                    4040 Germantown Rd
Baton Rouge, LA 70816-4031              Houston, TX 77041-4701                Minden, TX 71055-7334


Cannon Advance                          Cap Worldwide                         Centerpoint Energy
c/o Lifetime Funding                    4140 Jackson S                        PO Box 4981
5308 13th Ave. Suite 324                Denver, CO 80216-6524                 Houston, TX 77210-4981
Brooklyn, NY 11219-5198


Certified Laboratories                  ChemStation                           City of Artesia (01-001049)
23261 Network Place                     PO Box 1683                           PO Box 1310
Chicago, IL 60673-1232                  Lowell, AR 72745-1683                 Artesia, NM 88211-1310
```

| | | |
|---|---|---|
| City of Artesia (13-2110-06)<br>PO Box 1310<br>Artesia, NM 88211-1310 | Clarion Oilfield (Better Casting)<br>26711 Eagle Park Lane<br>Katy, TX 77494-1195 | Construction Safety Products<br>PO Box 65266<br>Shreveport, LA 71136-5266 |
| Corporate Services LLC<br>3801 Plaza Tower Dr<br>Baton Rouge, LA 70816-4353 | Crockett Oil Field Construction<br>1045 TX-7 West<br>88211 | Crump Oil Company<br>P.O. Box 389<br>Homer, LA 71040-0389 |
| Curtis Machine<br>PO Box 88241-1374 | DMS Operating<br>25702 Aldine Westfield Rd<br>Spring, TX 77373-5978 | Dependable Sales & Gaskets<br>PO Box 70434-2192 |
| Direct TV<br>PO Box 105249<br>Atlanta, GA 30348-5249 | Don's Grinding & Lapping Service<br>8700 Tweed Dr 77061-5099 | Dualco<br>Dualco<br>8404 Braniff 77061-5224 |
| (p)ENHANCE ENVIRONMENTAL AND EMERGENCY SERV<br>PO BOX 7<br>CLINTON MS 39060-0007 | Eastern Energy Services<br>PO Box 6264<br>Clinton, MS 39060 | Elite Calibration and Repair<br>PO Box 6264<br>Abilene, TX 79608-6264 |
| FNF Trucking<br>107 Pueblo Rd<br>Lake Arthur, NM 88253-9614 | FedEx Freight<br>PO Box 10306<br>Palatine, IL 60055-0001 | FedEx Trade Networks<br>PO Box 842206<br>Boston, MA 02284-2206 |
| GSS Construction & Oilfield Supply<br>3396 Swan Lake Road<br>Bossier City, LA 71111-7304 | Garza Transport LLC<br>PO Box 180<br>Dallas, TX 75320-0001 | Gibsland Bank and Trust<br>12465 South 3rd Street<br>Gibsland, LA 71028 |
| Global Pressure Solutions<br>14909 Hwy 80<br>Minden, LA 71055-6501 | Gulf South Energy Services<br>P.O. Box 6235<br>Bossier City, LA 71171-6235 | Gulf-Pro Services<br>P.O. Box 228<br>Houma, LA 70361-0228 |
| H&H Seal and Products<br>1825 Dickinson Ave, Suite C<br>Dickinson, TX 77539-7731 | Heritage-Crystal Clean<br>1008 Southview Circle<br>Center, TX 75935-4537 | High Roller Logistics, LLC<br>1008 Southview Circle<br>Center, TX 75935-4537 |
| Hooper's Machine<br>9822 Highway 80<br>Minden, LA 71055-7918 | Horizon Wellhead<br>Horizon Wellhead<br>9919 Steelman St<br>Houston, TX 77017-3437 | Hugg & Hall Equipment Company<br>P.O. Box 194110<br>Little Rock, AR 72219-4110 |

| | | |
|---|---|---|
| Hytec Equipment<br>PO Box 3004<br>Grand Junction, CO 81502-3004 | Hytorc<br>Division Unex Corporation<br>Mahwah, NJ 07430 | IBY Outlet<br>2465 FM 359 South, Building B<br>Brookshire, TX 77423-9017 |
| Internal Revenue Service<br>Centralized Insolvency Office<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Interstate Industries<br>961 Gimmet Dr<br>Shreveport, LA 71107-6713 | Iron Oak Services<br>Iron Oak Services<br>Ruston, LA 71273 |
| J&J Industrial Supply<br>J&J Industrial Supply<br>5543 Greenwood Road<br>Shreveport, LA 71109-5411 | JMP Petroleum Technologies<br>JMP Petroleum Technologies<br>8111 FM 1960 Ste 100<br>Humble, TX 77338-4456 | Jack Spring Electrical Contractors<br>Jack Spring Electrical Contractors<br>PO Box 3115<br>Shreveport, LA 71133-3115 |
| Jory L. Bernard<br>Jory L. Bernard<br>P.O. Box 82448<br>Lafayette, LA 70598-2448 | K&B Oilfield Services, Inc<br>K&B Oilfield Services, Inc<br>PO Box 2384<br>Henderson, TX 75653-2384 | KB Wellbore Solutions<br>3419 Swenson Rd. #200<br>Pearland, TX 77581-4743 |
| KC Light Towers<br>KC Light Towers<br>PO Box 1688<br>Artesia, NM 88211-1688 | KC Sales<br>KC Sales<br>709 W. Fairgrounds Rd<br>Artesia, NM 88210-9349 | Kenney 74, LLC<br>1093 S. FM 4<br>Palo Pinto, TX 76484-3132 |
| Kim Intellectual Property Law Group<br>Kim Intellectual Property Law Group<br>129 W Eversham Road 08043-1029 | Liberty Custom Fab and Supply<br>Liberty Custom Fab and Supply<br>214 Lafitte Lane<br>Bossier City, LA 71111-6246 | Lobo Nut & Bolt, Inc<br>Lobo Nut & Bolt, Inc<br>708 West Marland<br>Hobbs, NM 88240-6417 |
| Louisiana Crane<br>Louisiana Crane<br>125 McCarty<br>Houston, TX 77029-1135 | MA & Lee Insurance<br>MA & Lee Insurance<br>PO Box 3456<br>Little Rock, AR 72203-3456 | Make Ready Property<br>202 E. Shandon Ave.<br>Midland, TX 79705-5600 |
| Manufacturers Advantage LLC<br>Manufacturers Advantage LLC<br>PO Box 5471<br>Bossier City, LA 71171-5471 | Maverick Blasting & Services<br>Maverick Blasting & Services<br>PO Box 31<br>Arcadia, LA 71001-0031 | Maxxforce Industrial Tooling<br>Maxxforce Industrial Tooling<br>1621 Post Oak Way<br>Celina, TX 75009-4574 |
| Medley Equipment Company<br>Medley Equipment Company<br>PO Box 258881<br>Oklahoma City, OK 73125-8881 | Meltra CS, Inc.<br>Meltra CS, Inc.<br>1042 PO Box<br>Minden, LA 71058-1042 | MetalCraft<br>MetalCraft<br>419 High Meadows Blvd<br>Lafayette, LA 70507-3416 |
| Meyer<br>Meyer<br>6733 Leopard St<br>Corpus Christi, TX 78409-1701 | Moab Energy LLC<br>Moab Energy LLC<br>PO Box 4324<br>Longview, TX 75606-4324 | Mondale LLC<br>Mondale LLC<br>1417 Burgundy Ave<br>Carlsbad, NM 88220-9240 |

| | | |
|---|---|---|
| Motor City Industrial<br>Motor City Industrial<br>Dept. 85<br>Houston, TX 77210-4985 | Murray R Hay Trucking<br>Murray R Hay Trucking<br>PO Box 430<br>Ringgold, LA 71068-0430 | Naphtha Energy Solutions, LLC<br>Naphtha Energy Solutions, LLC<br>Hippo Energy Partners, LLC<br>Normangee, TX 77871 |
| New Mexico Gas Company<br>New Mexico Gas Company<br>PO Box 27885<br>Albuquerque, NM 87125-7885 | Neway Oilfield Equipment LLC.<br>Neway Oilfield Equipment LLC.<br>9757 Stafford Centre Drive.<br>Stafford, TX 77477-5030 | Nobster's Crane & Hotshot<br>Nobster's Crane & Hotshot<br>P. O. Box 1703<br>Loveland, CO 80539-1703 |
| North Texas Crane<br>North Texas Crane<br>1120 Texas Street Ste A<br>Lewisville, TX 75057-4833 | OK Express Lube<br>OK Express Lube<br>912 W Mill Road<br>Artesia, NM 88210-9288 | OSO Reserve<br>1615 West Loop 289<br>Lubbock, TX 79416-5124 |
| Odin Heavy Industries<br>Odin Heavy Industries<br>6240 Fourwinds Dr, Unit T<br>Bryan, TX 77808-7337 | Oilfield Outfitters Supply<br>Oilfield Outfitters Supply<br>PO Box 806<br>Monahans, TX 79756-0806 | One Source Mechanical Services<br>One Source Mechanical Services<br>1020 N Market St<br>Shreveport, LA 71107-6747 |
| P&W Sales<br>P&W Sales<br>2318 State Highway 42 N<br>Kilgore, TX 75662-5556 | PVT NetWorks<br>PVT NetWorks<br>4011 W Main Street<br>Artesia, NM 88210-9566 | Pacific Life Insurance Company<br>Pacific Life Insurance Company<br>PO Box 2030<br>Omaha, NE 68103-2030 |
| Peach Specialty Products<br>Peach Specialty Products<br>6890 Hudson Village Creek Rd<br>Kennedale, TX 76060-7416 | Premier Fund US<br>c/o Bridge Funding<br>450 Lexington Ave. 4th Floor<br>New York, NY 10163-9602 | Progressive<br>Progressive<br>Dept 0561<br>Carol Stream, IL 60132-0561 |
| R & R Sales and Service<br>R & R Sales and Service<br>3210 Shed Rd<br>Bossier City, LA 71111-2807 | Redline Specialty<br>Redline Specialty<br>P.O. Box 718<br>Johnstown, CO 80534-0718 | Regate Technology<br>Regate Technology<br>11816 County Rd 302<br>Cypress, TX 77433 |
| Reliable Energy Solutions<br>Reliable Energy Solutions<br>15201 Mason Rd, Suite 77433-5954 | Reliable Pumps<br>Reliable Pumps<br>12951 South Freeway<br>Houston, TX 77047-1923 | Reliance Financial<br>Reliance Financial<br>200 Central Avenue<br>Farmingdale, NJ 07727-3788 |
| Renfro's Transportation<br>Renfro's Transportation<br>308 South Fritz-Swanson Road<br>Kilgore, TX 75662-0321 | River Cities Machine, LLC<br>River Cities Machine, LLC<br>PO Box 5277<br>Bossier City, LA 71171-5277 | Roughneck Rentals<br>Roughneck Rentals<br>PO Box 748<br>Minden, LA 71058-0748 |
| Rwdy, Inc<br>2640 Youree Drive Suite 200<br>Shreveport, LA 71104-3662 | SCF Sealing Technology<br>SCF Sealing Technology<br>26077 Nelson Way Unit 1406<br>Katy, TX 77494-6699 | SYF Oilfield Equipment Supply<br>10057 Windfern Road<br>Houston, TX 77064-5812 |

| | | |
|---|---|---|
| Sandblasting Services, Inc<br>Sandblasting Services, Inc<br>223 Kingston Road<br>Benton, LA 71006-3444 | Sanders Machine<br>Sanders Machine<br>200 Corporate Drive<br>Sibley, LA 71073-3096 | Schaeffer's Specialized Lubricants<br>Schaeffer's Specialized Lubricants<br>102 Barton St<br>Saint Louis, MO 63104-4728 |
| Scorpio Precisions<br>Scorpio Precisions<br>77210 | ServicePlus<br>ServicePlus<br>P.O. Box 4897 Dept 574<br>Houston, TX 77210-4897 | Smith Fastener<br>Dept 455<br>Houston, TX 77210-4985 |
| South Coast Products Inc<br>Birmingham, AL 35283 | Southern Supply House<br>P.O. Box 549<br>Kilgore, TX 75663-0549 | Southern Transport<br>Birmingham, AL 35283 |
| Southwest Body & Towing<br>1523 S 1st Street<br>Artesia, NM 88210-9781 | Spin Capital<br>111 Washington Ave. Suite 703<br>Albany, NY 12210-2207 | Spindletop Machine Works<br>8811 Emmott Rd Ste 100<br>Houston, TX 77040-3522 |
| Surefire Wireline West<br>233 N Park Drive<br>Kittanning, PA 16201-7123 | TMS Flow Products<br>PO Box 1024<br>Youngsville, LA 70592-1024 | TSI Flow Products<br>PO Box 9182<br>Corpus Christi, TX 78469-9182 |
| TXO Restoration LLC<br>3220 Collinsworth St<br>Fort Worth, TX 76107-6528 | Taylormade Logistics, LLC<br>PO Box 88<br>Taylor, LA 71080-0088 | Tech-Seal Int'l, Inc<br>d/b/a TSI Flow<br>3131 W. Little York Rd.<br>Houston, TX 77091-1514 |
| Technologix<br>401 Edwards Street, Ste 1320<br>Shreveport, LA 71101-5567 | Thrubore Valves LLC<br>5550 FM 1488<br>Magnolia, TX 77354-2439 | Tiger Safety LLC<br>PO Box 733254<br>Dallas, TX 75373-3254 |
| Tribo-Chem LLC<br>23952 Arrowhead Point<br>New Caney, TX 77357-4743 | Trionz Flow<br>3892 INDUSTRIAL CIRCLE<br>Bossier City, LA 71112-2534 | Tripaga<br>PO Box 3017<br>Longview, TX 75606-3017 |
| Truckers Equipment<br>PO Box 4727<br>Corpus Christi, TX 78469-4727 | U.S. Attorney IRS<br>Attn: Civil Processing Clerk<br>601 NW Loop 410 Suite 600<br>San Antonio, TX 78216-5512 | U.S. Atty. Gen.<br>Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0009 |
| United States Trustee - MD12<br>US Trustee's Office<br>230 Homer Thornberry Judicial Bldg.<br>903 San Jacinto Blvd.<br>Austin, TX 78701-2450 | UnitedHealthcare<br>PO Box 88106<br>Palatine, IL 60055-0151 | W4 Consulting<br>P.O. Box 31<br>Arcadia, LA 71001-0031 |

```
WEX Fuel Cards                              Stephen W. Sather
PO Box 4337                                 Barron & Newburger, PC
Carol Stream, IL 60197-4337                 7320 N MoPac Expy, Suite 400
                                            Austin, TX 78731-2347
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
E3 Environmental
P.O. Box 7
Clinton, MS 39060
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Baker Oilfield Services      (u)Deans Inc                    (u)Shanghai Lengthon Petro Equip Co
1801 Parks Road                 409 Commerce Road               Bldg 3, No 398 Jinbai Rd
Benton71006                     Artesia88210                    Jinshan Industrial Zone


(u)VMAC Global Technology       End of Label Matrix
1333 Kipp Road                  Mailable recipients   151
                                Bypassed recipients     4
                                Total                 155
```