**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 22-70126-tmd** |
| **JET OILFIELD SERVICES, LLC,** | § | |
| | § | **Chapter 11** |
| **Debtors** | § | |

**ORDER GRANTING**
**MOTION TO COMPROMISE AND SETTLE WITH BRIAN T. OWEN**

CAME ON TO BE CONSIDERED the Motion to Compromise and Settle with Brian T. Owen filed by the Debtor. The Court finds that such Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion to Compromise and Settle with Brian T. Owen is hereby GRANTED. The parties are authorized and ordered to carry out the transactions described in the Agreement between Jet Oilfield Services, LLC and Brian Owen dated June 8, 2023.

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731