**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 14, 2023**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES
BANKRUPTCY COURT
WESTERN DISTRICT OF
TEXAS MIDLAND
DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 22-70126-tmd |
| JET OILFIELD SERVICES, LLC, | § | |
| | § | **Chapter 11** |
| Debtors | § | |

### ORDER WITHDRAWING MOTION TO COMPROMISE AND SETTLE WITH BRIAN OWEN

CAME ON TO BE CONSIDERED Debtor's Motion to Compromise and Settle with Brian Owen. The Debtor announced that it wished to withdraw the motion.

IT IS THEREFORE ORDERED that the proposed compromise with Brian Owen is hereby WITHDRAWN.

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731