UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

IN RE:

JET OILFIELD SERVICES, LLC,

        DEBTOR

CASE NO. 22-70126
CHAPTER 11

### *EX PARTE* MOTION TO EXTEND DEADLINE TO OBJECT TO CONFIRMATION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION DATED MAY 23, 2023

NOW INTO COURT, through undersigned counsel, comes Canon Advance, LLC ("Canon"), a creditor of Jet Oilfield Services, LLC (the "Debtor"), who files this *ex parte* motion requesting the Court extend Canon's deadline to object to the confirmation of the *Debtor's Amended Plan of Reorganization Dated May 23, 2023* [Dkt. No. 215] filed by the Debtor and respectfully states as follows:

1. On May 23, 2023, the Debtor filed its Plan and Disclosure Statement [Dkt. No. 216]. On May 25, 2023, this Court entered an *Order Approving Disclosure Statement and Fixing Time for Filing Acceptances and Rejections of Plan, Combined with Notice Thereof* [Dkt. No. 218], setting June 22, 2023 as the last day for filing objections to the Plan ("Objection Deadline") and June 28, 2023 as the confirmation hearing.

2. On June 16, 2023, this Court entered an *Order Granting Debtor's Motion to Continue Hearing on Confirmation of Plan of Reorganization* [Dkt. No. 239] ("Order"), continuing the confirmation hearing from June 28, 2023 to July 12, 2023 at 10:00 a.m. However, the Order did not extend the Objection Deadline.

#3794461v1

3.      By this Motion, Canon requests the Court extend the Objection Deadline for Canon from June 22, 2023 to June 30, 2023. Canon has objections to the Plan; however, it intends to work with the Debtor to resolve those objections if possible.

4.      The Debtor consents to the extension of the Objection Deadline for Canon, and no other parties-in-interest are prejudiced by the relief requested herein.

**WHEREFORE**, Canon Advance, LLC requests this Court enter an order extending the deadline for Canon to object to confirmation of the Plan from June 22, 2023 to June 30, 2023 and grant such other relief as is just and equitable.

Dated: June 21, 2023

/s/ Tristan Manthey
**FISHMAN HAYGOOD, LLP**
Tristan Manthey, TX Bar No. 2402731
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Tel: (504) 586-5252
Fax: (504) 586-5250
tmanthey@fishmanhaygood.com
*Counsel for Canon Advance, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that I caused the above and foregoing to be served on June 21, 2023, via the Court's ECF Notification System as follows:

- **Steven B. Bass**    Steven.Bass@usdoj.gov, tina.travieso@usdoj.gov
- **Edward Carter**    ekcarter@rogerscarterlaw.com
- **Hershel R. Chapin**    hchapin@gmail.com, hrclawyer@gmail.com
- **Catherine A. Curtis**    catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com
- **Shawn Michael Grady**    shawn@gradycollectionlaw.com, shawnmichaelgrady@gmail.com
- **Jody D. Jenkins**    jjenkins@jwylaw.com, kloveless@jwylaw.com
- **T. Josh Judd**    jjudd@andrewsmyers.com, sray@andrewsmyers.com
- **Scott D. Lawrence**    scott.lawrence@wickphillips.com, brenda.ramirez@wickphillips.com

#3794461v1

- **J. Eric Lockridge**   eric.lockridge@keanmiller.com, eric-lockridge-9072@ecf.pacerpro.com
- **Patrick Lawrence McCune**   pmccune@wwmlaw.com, rbrown@wwmlaw.com
- **Kell C. Mercer**   kell.mercer@mercer-law-pc.com
- **R. Joseph Naus**   rjnaus@wwmlaw.com
- **William R Nix**   Trip.Nix@hklaw.com, sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com
- **George Harrison Pigg**   george@highrollergroup.com
- **B. Weldon Ponder**   welpon@austin.rr.com, wponder3@austin.rr.com;weldonponder@gmail.com
- **Justin W.R. Renshaw**   justin@renshaw-law.com
- **Norman Towner Reynolds**   nreynolds@ntrlawfirm.com, slkrueger.austin@gmail.com
- **John C. Roy**   casey.roy@usdoj.gov, gary.wright3@usdoj.gov
- **Stephen W. Sather**   ssather@bn-lawyers.com, phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;rblack@bn-lawyers.com;cchristensen@bn-lawyers.com
- **Donal R Schmidt**   don@donalrschmidtlaw.com
- **Gregory Raymond Siemankowski**   gsiemankowski@bn-lawyers.com, rblack@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com
- **William Ross Spence**   ross@sdllaw.com, brittany@sdllaw.com;stacey@sdllaw.com;justin@sdllaw.com
- **John Mark Stern**   bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Eric J. Taube**   eric.taube@hklaw.com, sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com
- **Mark Curtis Taylor**   mark.taylor@wallerlaw.com, tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com
- **Dallas Tharpe**   dallas@tharpefirm.com, valorie@tharpefirm.com
- **United States Trustee - MD12**   USTPRegion07.AU.ECF@usdoj.gov
- **Broocks Wilson**   mack.wilson@keanmiller.com


*/s/ Tristan Manthey*

#3794461v1