UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

IN RE:

JET OILFIELD SERVICES, LLC,

        DEBTOR

CASE NO. 22-70126
CHAPTER 11

**ORDER GRANTING *EX PARTE* MOTION TO EXTEND DEADLINE TO OBJECT TO CONFIRMATION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION DATED MAY 23, 2023**

CAME TO BE CONSIDERED, Canon Advance, LLC's *Ex Parte Motion to Extend Deadline to Object to Confirmation of Debtor's Amended Plan of Reorganization Dated May 23, 2023* ("Canon"), a creditor of Jet Oilfield Services, LLC (the "Debtor").

IT IS ORDERED that the Motion is GRANTED;

#3794494v1

IT IS FURTHER ORDERED that the deadline for Canon to object to Jet Oilfield

Services, LLC's *Amended Plan of Reorganization Dated May 23, 2023* [Dkt. No. 215] is

extended from June 22, 2023 to June 30, 2023.

###

Order Submitted By:

**FISHMAN HAYGOOD, LLP**
Tristan Manthey, TX Bar No. 2402731
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Tel: (504) 586-5252
Fax: (504) 586-5250
tmanthey@fishmanhaygood.com
*Counsel for Canon Advance, LLC*

#3794494v1