**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-70126-SR |
| JET OILFIELD SERVICES, LLC, | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |
| | § | |
| | § | |

**ACCOUNT PURCHASE CREDITORS UNOPPOSED MOTION TO EXTEND
DEADLINE FOR OBJECTING TO DEBTOR'S PROPOSED PLAN**

**TO THE HONORABLE SHAD ROBINSON, UNITED STATES BANKRUPTCY JUDGE:**

Spin Capital, LLC, Goat Advance, LLC, and Reserve Capital Management, LLC, (collectively, the "Account Purchase Creditors") file this *Motion to Extend Deadline for Objecting to Debtor's Proposed Plan* (the "Motion").

**FACTS**

1. On May 25, 2023, the Court entered its *Order Approving Disclosure Statement and Fixing Time for Filing Acceptances and Rejections of Plan, Combined with Notice Thereof* (the "Solicitation Order").[1] The Solicitation Order set a hearing on confirmation of the Debtor's plan for June 28, 2023, and set June 22, 2023, as the final day for the filing of objections to the Debtor's plan.

2. On June 16, 2023, the Court entered its *Order Granting Debtor's Motion to Continue Hearing on Confirmation of Plan of Reorganization* (the "Continuance Order").[2] The Continuance Order continued the hearing on confirmation of the Debtor's plan by two weeks, from June 28, 2023, to July 12, 2023.

---

[1] ECF No. 218.
[2] ECF No. 239.

**MOTION**

3.      The Account Purchase Creditors request the Court extend their time for filing an objection to the Plan by one week to June 29, 2023.

4.      There is good cause to grant the request.  The continuance of the confirmation hearing by two weeks means there will be minimal prejudice to extending the deadline for objecting to the plan.

5.      Moreover, extending the Account Purchase Creditors timeline for objecting to the Plan will allow them to present a better and more factually accurate objection to the Court, if one needs to be filed.

**PRAYER FOR RELIEF**

WHEREFORE, the Account Purchase Creditors pray the Court grant the relief requested in this Motion, extend their deadline for objecting to the Debtor's proposed plan, and for such other and further relief, both at law and in equity, as is just.

[*Remainder of Page Left Intentionally Blank*]

Dated: June 21, 2023

                                Respectfully submitted,

By:      */s/ Broocks M. Wilson*

**KEAN MILLER LLP**
J. Eric Lockridge
Texas State Bar No. 24103053
400 Convention Street, Suite 700
Baton Rouge, Louisiana 70802

Tel: 225.387.0999
Fax: 225.388.9133

- and -

Broocks "Mack" Wilson
Texas State Bar No. 24102655
711 Louisiana Street, Suite 1800
Houston, Texas 77002

Tel: 713.844.3000
Fax: 713.844.3030

ATTORNEYS FOR ACCOUNT PURCHASE
CREDITORS

## CERTIFICATE OF SERVICE

I certify that this Motion was served upon the names listed below and the attached service list through the Court's CM/ECF system or by United States First Class Mail on June 21, 2023.

**Counsel to Debtor**
Barron & Newburger, PC
Attn: Steven Sather, Gregory Siemankowski
*Via ECF*

**Counsel to the Official Committee of Unsecured Creditors**
Holland & Knight, LLP
Attn: Eric J. Taube, Mark C. Taylor, William R. "Trip" Nix, III
*Via ECF*

**United States Trustee**
Office of the United States Trustee
Attn: J. Casey Roy
*Via ECF*

**Counsel to Cannon Advance**
Fishman Haygood LLP
Attn: Tishman Manthey
*Via ECF*

/s/ Broocks M. Wilson
Broocks "Mack" Wilson

## CERTIFICATE OF CONFERENCE

I certify that I discussed the relief requested in this Motion with Steve Sather, counsel for the Debtors, via e-mail on June 15, 16, and 20, 2023.  He indicated the Debtor is not opposed to the relief requested in the Motion.

/s/ Broocks M. Wilson
Broocks "Mack" Wilson

Counsel (served by CM/ECF):

Edward Carter
4415 Thornhill Ave.
Shreveport, LA 71106

Hershel R. Chapin
H. R. Chapin, Attorney & Counselor, PLLC
4301 Alpha Rd.
Dallas, TX 75244

Shawn Michael Grady
Law Firm of Shawn M. Grady, PLLC
2100 West Loop South, Ste. 805
Houston, TX 77027

Jody D. Jenkins
Jenkins, Wagnon & Young, P.C.
PO Box 420
Lubbock, TX 79408

T. Josh Judd
Andrews Myers, P.C.
1885 Saint James Place, 15th Floor
Houston, TX 77056
713-850-4200
832-786-4877 (fax)

Patrick Lawrence McCune
Wiener, Weiss & Madison
721 North. St.
Baton Rouge, LA 70802

Kell C. Mercer
Kell C. Mercer, P.C.
901 S MoPac Expy, Bldg 1, Suite 300
Austin, TX 78746

William R Nix, III
Holland & Knight LLP
100 Congress Ave.
Suite 1800
Austin, TX 78701

George Harrison Pigg
High Roller Group, LLC
1008 Southview Cir
Center, TX 75935

B. Weldon Ponder, Jr.
4408 Spicewood Springs Road
Austin, TX 78759

Justin W.R. Renshaw
Renshaw, PC
2900 Weslayan
Suite 360
Houston, TX 77027

Norman Towner Reynolds
Norman T. Reynolds Law Firm, P.C.
P. O. Box 246
Round Top, TX 78954

John C. Roy
DOJ-UST
903 San Jacinto Blvd., Room 230
Austin, TX 78701

Donal R Schmidt, Jr
Donal R. Schmidt, Jr. Attorney
5580 Peterson Ln.
Ste. 120
Dallas, TX 75240

William Ross Spence
Spence, Desenberg & Lee, PLLC
1770 Saint James Place, Suite 625
Houston, TX 77056

John Mark Stern
Texas Attorney General's Office
P. O. Box 12548
Austin, TX 78711-2548

Eric J. Taube
Waller Lansden Dortch & Davis, LLP
100 Congress Ave, Suite 1800
Austin, TX 78701

Mark Curtis Taylor
Holland & Knight
100 Congress Ave
Suite 1800
Austin, TX 78701

Dallas Tharpe
Tharpe Firm
455 Rice Road
Ste 101
Tyler, TX 75703

Members of Creditors' Committee:

W4 Consulting, LLC
c/o Christy Wooten
P.O. Box 31
Arcadia, Louisiana 71001

IBY Outlet
Attn: Stany Gan
2469 FM 359 Rd South
Brookshire, TX 77423

GJR Meyer Service, Inc.
Attn: Larry Cart
6733 Leopard
Corpus Christi, Texas 78409

Blue Point Supply, LLC dba TMS

Secured Creditors

BMF Capital
1820 Avenue M
Suite 125
Brooklyn, NY, 11230

Cannon Advance
c/o Lifetime Funding
5308 13th Avenue
Suite 324
Brooklyn, NY 11219

Gibsland Bank and Trust
P.O. Box 180
Gibsland, LA, 71028

OSO Reserve
1615 West Loop 289
Lubbock, TX 79416

Premier Funding US
c/o Bridge Funding
450 Lexington Avenue
4th Floor
New, York, NY, 10007

Reliance Financial
200 Central Avenue
Farmingdale, NJ 07727

Spin Capital
111 Washington Avenue

Flow Products
c/o Adam Racca
P.O. Box 1024
Youngsville, Louisiana 70592

B&D Flowback, LLC
Attn: David J. Eschete
3808 S. Eastman Rd.
Longview, Texas 75602

Moab Energy, LLC
Attn: Todd J. Angus
2601 Estes Pkwy.
Longview, Texas 75602

Suite 703
Albany, NY 12210

TSI Flow Products
P.O. Box 9182
Corpus Christi, TX 78469

KB Wellbore Solutions
3419 Swenson Rd. #200
Pearland, TX 77581