**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-70126-SR |
| JET OILFIELD SERVICES, LLC, | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |
| | § | |

**ORDER GRANTING ACCOUNT PURCHASE CREDITORS UNOPPOSED MOTION
TO EXTEND DEADLINE FOR OBJECTING TO DEBTOR'S PROPOSED PLAN**

Before the Court is the Motion filed by the Account Purchase Creditors[1] requesting an extension of the deadline for objecting to the Debtor's proposed plan of reorganization filed on June 21, 2023. The Court finds that the Motion should be granted.

ACCORDINGLY, IT IS ORDERED that the Account Purchase Creditors deadline for filing and serving pursuant to Federal Rule of Bankruptcy 3020(b)(1) written objections to confirmation of the Debtors plan shall be **June 29, 2023.**

# # #

---

[1] Capitalized terms used in this order but not otherwise defined shall have the same meaning given to them in the Motion.

1

# # #


Prepared by:


*/s/ Broocks M. Wilson*
**KEAN MILLER LLP**
Broocks "Mack" Wilson
Texas State Bar No. 24102655
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Tel: 713.844.3000
Fax: 713.844.3030
ATTORNEY FOR ACCOUNT PURCHASE CREDITORS