**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE:

                                            Case No. 22-70126-sr

JET OILFIELD SERVICES, LLC

          DEBTOR                              CHAPTER 11

## OSO RESERVES, LLC'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR OBJECTING AND VOTING ON DEBTOR'S PROPOSED PLAN

**TO THE HONORABLE SHAD ROBINSON, UNITED STATES BANKRUPTCY JUDGE:**

OSO Reserves, LLC ("OSO") files this Motion to Extend Deadline for Objecting and Voting on Debtor's Proposed Plan.

### FACTS

On May 25, 2023, the Court entered its Order Approving Disclosure Statement and Fixing Time for Filing Acceptances and Rejections of Plan, Combined with Notice Thereof. [Doc 218]. This Order set the hearing for confirmation of the Debtor's plan for June 28, 2023, and set the final day for filing objections to the Debtor's plan as June 22, 2023.

On June 16, 2023, the Court entered its Order Granting Debtor's Motion to Continue Hearing on Confirmation of Plan of Reorganization. [Doc 239].  This Order continued the hearing for confirmation of the Debtor's plan to July 12, 2023.

### MOTION

OSO Reserves, LLC requests the Court extend the time for filing objections and voting on the Debtor's plan until July 6, 2023.

There is good cause to grant the request.  The continuance of the confirmation hearing by two weeks means that there will be minimal prejudice to extending the deadline for objecting to the plan.

Moreover, Debtor has agreed to allow OSO to vote and make any Plan objection on or before July 6, 2023, while the parties continue to discuss a resolution of the claims between OSO and Debtor.

## PRAYER FOR RELIEF

WHEREFORE, OSO prays that the Court grant the relief requested in this Motion, extend the deadline for objecting and voting on the Debtor's proposed plan.

Respectfully Submitted,

*/s/ Jody D. Jenkins*

Jody D. Jenkins
State Bar No. 24029634
JENKINS & YOUNG, P.C.
P.O. Box 420
Lubbock, Texas 79408
(806) 796-7351
Fax: (806) 771-8755
Email: jjenkins@jwylaw.com
**ATTORNEYS FOR OSO RESERVES, LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been served upon the following and those requesting service via the Court's electronic filing system this 22nd day of June, 2023.

Stephen Sather
7320 N. Mopac Expy, Ste. 400
Austin, TX 78731
ssather@bn-lawyers.com

*/s/ Jody D. Jenkins*
Jody D. Jenkins

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned conferred with Counsel for Debtor via email on June 22, 2023. Counsel for Debtor is not opposed to this Motion.

*/s/ Jody D. Jenkins*
Jody D. Jenkins