# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

IN RE:

                                                  Case No. 22-70126-sr

JET OILFIELD SERVICES, LLC

              DEBTOR                              CHAPTER 11

## <u>ORDER GRANTING OSO RESERVES, LLC'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR OBJECTING AND VOTING ON DEBTOR'S PROPOSED PLAN</u>

Before the Court is OSO Reserves, LLC's Unopposed Motion to Extend Deadline for Objecting and Voting on Debtor's Proposed Plan. The Court finds that the Motion should be granted.

THEREFORE, IT IS ORDERED that the deadline for filing and serving pursuant to Federal Rule of Bankruptcy 3020(b)(1) written objections to confirmation of Debtor's plan shall be **<u>July 6, 2023</u>**.

# # # End of Order # # #

Submitted by:

*/s/ Jody D. Jenkins*
Jody D. Jenkins
State Bar No. 24029634
JENKINS & YOUNG, P.C.
P.O. Box 420
Lubbock, Texas 79408
(806) 796-7351
Fax: (806) 771-8755
Email: jjenkins@jwylaw.com
**ATTORNEYS FOR OSO RESERVES, LLC**

1