**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

IN RE:

                                           Case No. 22-70126

JET OILFIELD SERVICES, LLC

          DEBTOR                               CHAPTER 11

### <u>OBJECTION TO CONFIRMATION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION DATED MAY 23, 2023</u>

NOW INTO COURT comes b1BANK, formerly known as BUSINESS FIRST BANK ("**b1BANK**"), a secured creditor and party in interest, which files this protective *Objection* ("Objection") to the confirmation *of Debtor's Amended Plan Of Reorganization Dated May 23, 2023* (D.E. 215) (the "Plan") filed by the Debtor and Debtor-in-Possession in the captioned case, Jet Oilfield Services, LLC (collectively the "Debtor"). In support of its Objection, b1BANK states as follows:

As of the date objections to the Plan were due, various creditors and parties in interest had filed pleadings indicating they were continuing to negotiate with the Debtor concerning the content of the Plan.

To preserve and protect all arguments concerning the final content of the Plan, b1BANK has tendered its ballot rejecting the Plan, and files this protective objection to preserve and reserve all arguments concerning the content of the Plan, including, but not limited to, any modifications or alterations to the Plan, and the arguments, or contents of any objections to the Plan.

Respectfully submitted,

WIENER, WEISS & MADISON, APC

By*:   /s/ Patrick L. McCune*
Patrick L. McCune (LA Bar No. 31863)
(TX Bar No. 24090985)
Wiener, Weiss & Madison, APC
445 Louisiana Avenue
Baton Rouge, Louisiana 70802
Tel: 225-910-8084
Fax: 225-910-8082
Email: pmccune@wwmlaw.com

*Attorneys for b1BANK formerly known as Business First Bank*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 22, 2023, in accord with Bankr. L.R. 9013(d)(1)(B), a true and correct copy of the above *Objection To Confirmation Of Debtor's Amended Plan Of Reorganization Dated May 23, 2023* was served upon the parties on the attached Matrix by United States Mail, first class, postage prepaid, or by electronic transmission through the Court's ECF noticing system, and that notice has been provided via the Court's ECF noticing system to all those parties-in-interest registered to receive such service.

*/s/ Patrick L. McCune*
Patrick L. McCune

**Mailing Matrix**

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**BMF Capital**
1820 Avenue M
Suite 125
Brooklyn, NY, 11230

**Cannon Advance**
**c/o Lifetime Funding**
5308 13th Avenue
Suite 324
Brooklyn, NY 11219

**Gibsland Bank and Trust**
P.O. Box 180
Gibsland, LA, 71028
E. Keith Carter, La. Bar No. 16,847
4415 Thornhill
Second Floor, Suite A
Shreveport, Louisiana 71106

**OSO Reserve**
1615 West Loop 289
Lubbock, TX 79416

**Jenkins & Young, P.C.**
**Jody D. Jenkins**
P.O. Box 420 Lubbock, TX 79408

**Premier Funding US**
**00 Bridge Funding**
450 Lexington Avenue
4th Floor
New, York, NY, 10007

**Reliance Financial**
200 Central Avenue
Farmingdale, NJ 07727

**Spin Capital**
111 Washington Avenue
Suite 703
Albany, NY 12210

**TSI Flow Products**
P.O. Box 9182
Corpus Christi, TX 78469

**GJR Meyer Service, Inc**
**Spence Desenberg & Lee**
**Ross Spence**
1770 St. James Place,
Suite 625 Houston, TX 77056

**Tech Seal International, INC d/b/a TSI**
Flow
3131 W. Little York Rd.
Houston, TX 7709

**KB Wellbore Solutions**
3419 Swenson Rd. #200
Pearland, TX 77581

**W4 Consulting**
P.O. Box 31
Arcadia, LA 71001

**H. R. CHAPIN, ATTORNEY &**
**COUNSELOR, PLLC**
**Attn.: Hershel R. Chapin**
4301 Alpha Rd Dallas, TX 75244

**TMS Flow Products**
PO Box 1024
Youngsville, LA 70592

**Moab Energy LLC**
Moab Energy LLC PO Box 4324
Longview, TX 75606

**IBY Outlet**
2465 FM 359 South, Building B
Brookshire, TX 77423

**Shanghai Lengthon Petro Equip Co**
Bldg 3, No 398 Jinbai Rd Jinshan Industrial Zone,

**JMP Petroleum Technologies** JMP Petroleum Technologies 8111 FM 1960 Ste 100
Humble, TX 77338

**Roughneck Rentals**
PO Box 748
Minden, LA 71058-0748

**Trionz Flow**
3892 Industrial Circle
Bossier City, LA 71111

**Hytec Equipment**
PO Box 3004
Grand Junction, CO 81502

**B&D Flowback**
P.O. Box 279
Raceland, LA 70394

**Horizon Wellhead** Horizon Wellhead 9919 Steelman St
Houston, TX 77017

**Thrubore Valves LLC**
5550 FM 1488
Magnolia, TX 77354