

**Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697
(Form 801)**

**Filed in the Office of the
Secretary of State of Texas
Filing #: 803103862 08/12/2022
Document #: 1169358560002
Image Generated Electronically
for Web Filing**

## APPLICATION FOR REINSTATEMENT AND
## REQUEST TO SET ASIDE REVOCATION OR FORFEITURE

1. File Number: **803103862**

2. The name of the entity is: **Jet Oilfield Services, LLC**

3. The taxpayer identification number is: **32068224495**

4. The entity named above was forfeited or its authority to transact business in Texas was revoked on 06/24/2022 for the following reason:
   Failure to file a franchise tax return and/or pay state franchise tax.

5. The entity has corrected the default and has paid all fees, taxes, and penalties due.

6. The entity applies for reinstatement and requests that the Secretary of State set aside the forfeiture of the Texas entity or the revocation of the foreign entity's authority, to transact business in Texas, as applicable.

7. Attachment:  **Reinstatement Letter - TX Comptroller of Public Accounts 08.12.22.pdf**

8. Execution:  The undersigned signs this document subject penalties imposed by law for the submission of a materially false or fraudulent instrument.

By **Brian T Owen**

Date: **August 13, 2022**        **Manager**

FILING OFFICE COPY

<span style="color:red">**EXHIBIT 2**</span>

**GLENN HEGAR**   TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O.Box 13528 • Austin,TX 78711-3528

August 12, 2022

JET OILFIELD SERVICES, LLC
2640 YOUREE DR STE 100
SHREVEPORT LA 71104-3662

## Tax Clearance Letter for Reinstatement*

To:   Texas Secretary of State
      Corporations Section

Re:   JET OILFIELD SERVICES, LLC
      Taxpayer number: 32068224495
      File number: 0803103862
      Date of Forfeiture: 06/24/2022

The referenced entity has met all franchise tax requirements and is
eligible for reinstatement through 05/15/2023.

Rebecca Ray
Franchise Tax Section
Account Maintenance Division
1-800-531-5441, ext. 3-7670

* The reinstatement must be filed with the Texas Secretary of State on or before the expiration date of
  this letter. After this date, additional franchise tax filing requirements must be met, and a new
  request for tax clearance must be submitted.

  You can file for reinstatement online at www.sos.texas.gov/corp/sosda/index.shtml. Forms and
  instructions for reinstatement are available at www.sos.state.tx.us/corp/forms_option.shtml or by
  calling 512-463-5555. This tax clearance letter must be attached to the reinstatement forms.

Form 05-377 {Rev.6-10/4}

**EXHIBIT 2**