

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**


**Dated: June 26, 2023.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

IN RE:

JET OILFIELD SERVICES, LLC,

      DEBTOR

CASE NO. 22-70126
CHAPTER 11

### ORDER EXTENDING DEADLINE TO OBJECT TO CONFIRMATION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION DATED MAY 23, 2023

On June 21, 2023, Canon Advance, LLC filed its *Ex Parte Motion to Extend Deadline to Object to Confirmation of Debtor's Amended Plan of Reorganization Dated May 23, 2023*. [ECF 242]. The same day, Spin Capital LLC, Goat Advance LLC, and Reserve Capital Management LLC filed their *Motion to Extend Deadline for Objecting to Debtor's Proposed Plan*. [ECF 243]. The motions indicate that the Debtor is not opposed to the extension of the objection deadline for either of those parties. [ECFs #242 and #243]. Canon Advance's motion requests an extension until June 30, 2023 [ECF 242];

the motion by Spin Capital, Goat Advance, and Reserve Capital Management requests until June 29, 2023. [ECF 243]. The Court finds that the deadline for any creditor to file and serve written objections to the Debtor's Amended Plan of Reorganization [ECF 215] should be extended to July 5, 2023.

ACCORDINGLY, IT IS ORDERED that the deadline for filing and serving written objections to the Debtor's Amended Plan of Reorganization [ECF 215] is extended from June 22, 2023, to July 5, 2023.

# # #