

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 28, 2023.**

_____

SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION
_____

| | |
|---|---|
| IN RE: | |
| | Case No. 22-70126-smr |
| JET OILFIELD SERVICES, LLC | |
| | |
| DEBTOR | CHAPTER 11 |

### ORDER GRANTING OSO RESERVES, LLC'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR OBJECTING AND VOTING ON DEBTOR'S PROPOSED PLAN

Before the Court is OSO Reserves, LLC's Unopposed Motion to Extend Deadline for Objecting and Voting on Debtor's Proposed Plan. The Court finds that the Motion should be granted.

THEREFORE, IT IS ORDERED that the deadline for OSO Reserves, LLC, to file and serve pursuant to Federal Rule of Bankruptcy 3020(b)(1) written objections to confirmation of Debtor's Plan shall be **July 6, 2023**.

IT IS FURTHER ORDERED that the deadline for OSO Reserves, LLC, to submit a ballot accepting or rejecting the Debtor's Plan shall be **July 6, 2023.**

IT IS FURTHER ORDERED that this Order extends the deadlines only for OSO Reserves, LLC.

# # # End of Order # # #