**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE:
**JET OILFIELD SERVICES, LLC,**                    Case No.: 22-70126-tmd

**DEBTOR.**                                         CHAPTER 11

**CANON ADVANCE'S OBJECTION TO CONFIRMATION OF**
**DEBTOR'S AMENDED PLAN OF REORGANIZATION DATED MAY 23, 2023**

Canon Advance, LLC ("Canon") files this objection to confirmation of the *Debtor's Amended Plan of Reorganization Dated May 23, 2023* [Dkt. No. 215] (the "Plan") filed by Jet Oilfield Services, LLC (the "Debtor") and respectfully submits as follows:

1.      On May 23, 2023, the Debtor filed its Plan and Disclosure Statement [Dkt. No. 216]. On May 25, 2023, this Court entered an *Order Approving Disclosure Statement and Fixing Time for Filing Acceptances and Rejections of Plan, Combined with Notice Thereof* [Dkt. No. 218], setting June 28, 2023 as the confirmation hearing. On June 16, 2023, this Court entered an *Order Granting Debtor's Motion to Continue Hearing on Confirmation of Plan of Reorganization* [Dkt. No. 239], continuing the confirmation hearing from June 28, 2023 to July 12, 2023 at 10:00 a.m. The deadline to object to the Plan is July 5, 2023. *See*, *Order Extending Deadline to Object to Confirmation of Debtor's Amended Plan of Reorganization Dated May 23, 2023* [Dkt. No. 253].

2.      On March 27, 2023, Canon Advance filed Proof of Claim Number 68 and Proof of Claim Number 69 (collectively, the "Claims") asserting secured claims against the Debtor in the amount of $2,062,524.00 and $1,637,900, respectively, based on a Purchase and Sale of Future Receivables Agreement ("Agreements"). Canon asserts a security interest in the Debtor's accounts and other collateral pursuant to filed UCC-1 Financing Statements. Pursuant to the Agreements,

3796085v3

the following non-debtor entities also granted security interests in their assets: RWDY, Inc.[1], Rackback Services, LLC, Tripping, LLC, Spud Systems, LLC, Completion Tech, LLC, Zipper Completion, LLC, Multi-Well, LLC and Pusher, LLC ("Non-Debtors").

3.      The Debtor objected to the Claims, and on June 26, 2023, this Court entered an order [Dkt. No. 252] disallowing the Claims. Canon was not served with the objection and Debtor's counsel has agreed to vacate the order and serve the objection upon Canon.

4.      Section 4.12 of the Plan provides that Canon's Claims are included in Class 12(b) Secured Claims of Merchant Cash Advance Parties/No Claim Filed which "consist of…Merchant Cash Advance [Parties] which were scheduled by the Debtor as disputed and which did not file a timely proof of claim." Section 4.12(b) provides that Canon "shall not receive any distribution and [its] contract shall be deemed fully satisfied and discharged *as to all parties*. To the extent that their contracts are construed to be executory contracts, they are rejected." *See*, Plan, Section 4.12 (emphasis added).

5.      By including the language that the Agreements "shall be deemed fully satisfied and discharged as to all parties", the Plan purports to release Canon's claims against the Non-Debtors without Canon's consent. In the Fifth Circuit, non-consensual releases of creditors' claims against third parties are inappropriate. *See In re Pac. Lumber Co.*, 584 F.3d 229, 252–53 (5th Cir. 2009); In re Vitro S.A.B. de CV, 701 F.3d 1031, 1061 (5th Cir. 2012) (*Pacific Lumber* ruling "was consistent with prior rulings from this circuit that 'seem broadly to foreclose non-consensual non-debtor releases and permanent injunctions.'").

6.      Canon further objects to any and all non-consensual third party releases in the Plan, and reserves any and all rights as to the proposed confirmation order. The proposed confirmation

---

[1] RWDY, Inc. filed for bankruptcy protection in the United States Bankruptcy Court, Western District of Louisiana, Shreveport Division, Case NO. 22-11308.

2

order should specifically exclude any claims that Canon may have against third parties other than the Debtor.

7. Canon further reserves all rights to adopt and incorporate any other objections to the Plan filed.

8. Based on the foregoing, Canon objects to the confirmation of the Plan as it fails to comply with applicable Fifth Circuit law.

Dated: July 5, 2023

/s/Tristan Manthey
**FISHMAN HAYGOOD, LLP**
Tristan Manthey, TX Bar No. 2402731
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Tel: (504) 586-5252
Fax: (504) 586-5250
tmanthey@fishmanhaygood.com
*Counsel for Canon Advance, LLC*

3796085v3