# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 22−70126−smr

Chapter No.: 11

Judge: Shad Robinson

IN RE: **Jet Oilfield Services, LLC** , Debtor(s)

## NOTICE OF ORDER CONFIRMING PLAN

Notice is hereby given of entry of the following order of this Court on 8/31/23

308 − 304  Order Confirming Debtor's Amended Plan of Reorganization Dated August 28, 2023. (related document(s): 304 Amended Chapter 11 Plan filed by Stephen W. Sather for Debtor Jet Oilfield Services, LLC. (Attachments: # 1 Exhibit)(Sather, Stephen) (related document(s): 298 Amended Chapter 11 Plan filed by Stephen W. Sather for Debtor Jet Oilfield Services, LLC. (Sather, Stephen) (related document(s): 215 Amended Chapter 11 Plan filed by Stephen W. Sather for Debtor Jet Oilfield Services, LLC. (Sather, Stephen) (related document(s): 145 Chapter 11 Plan filed by Stephen W. Sather for Debtor Jet Oilfield Services, LLC.)))) Application for Final Decree due by 2/27/2024 (Order entered on 8/31/2023) (Turner, Blayne)

Dated:  8/31/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Order Confirming Plan Notice]** [Ntcocp11apac]